S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
ALYSON M. DUDKOWSKI (CA Bar No. 259728)
adudkowski@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
erroneously sued as JPMORGAN
CHASE BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GAVIN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, a New York corporation; CENTURY 21 SUPERSTARS, a business entity of unknown form; DEBRA KOVACS, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV11 1053 CRB<br><br>JUDGE: Charles R. Breyer<br><br>[~~PROPOSED~~] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>DATE: July 15, 2011 ~~June 17, 2011~~<br>TIME: 8:30 a.m.<br>CTRM: ~~8, 19th Floor~~ 6, 17th Floor<br><br>Action Filed:　　October 20, 2010<br>Action Removed:　March 7, 2011 |

　　Defendant EMC Mortgage Corporation ("EMC" and "Defendant"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Case Management Conference ("Conference") before the Honorable Judge Charles R. Breyer, currently set for June 17, 2011 at 8:30 a.m. via telephone, as follows:

　　1.　It would be unduly burdensome and costly for Defendant's counsel to travel from Santa Ana, California to San Francisco, California for the Conference.

---

1

2. The telephonic appearance of Defendant's counsel will not prejudice any party and will not hamper the efficient running of the Conference.

3. Therefore, Defendant respectfully requests leave to allow its counsel to appear at the Conference via telephone.

After full consideration, the Court rules as follows:

GOOD CAUSE APPEARING,

The Request is GRANTED. Counsel for Defendant may appear telephonically for the Case Management Conference scheduled for ~~June 17~~ July 15, 2011 at 8:30 a.m., in Courtroom ~~8~~ 6, ~~19th~~ 17th Floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED

Dated: __June 9, 2011_____



_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1202775.1