DAVID I. DALBY (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
ddalby@hinshawlaw.com

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT GAVIN, an individual  Plaintiff,  vs.  JPMORGAN CHASE BANK, N.A., a National Association; GC SERVICES LIMITED PARTNERSHIP, a Florida limited partnership, and DOES 1 through 25, inclusive  Defendants. | Case No.:  CV11 1053 CRB  Hon. Charles R. Breyer  **STIPULATION FOR ORDER THAT DEFENDANT GC SERVICES'S ANSWER TO FIRST AMENDED COMPLAINT IS DEEMED THE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**  Second Amended Complaint Filed:            June 3, 2011 |

Plaintiff ROBERT GAVIN, and defendant GC SERVICES, L.P. hereby stipulate that GC Services's Answer to plaintiff's First Amended Complaint (Doc. 1, Ex. B, pp. 36-40.) filed on March 3, 2011 in the California Superior Court for the County of Marin is deemed GC Services's Answer to Plaintiff's Second Amended Complaint filed on June 3, 2011.

It is so stipulated.

Dated:  June 29, 2011                                             GOINS & ASSOCIATES

                                                                                  */S/  Vernon  C.  Goins*
                                                                                  Vernon C. Goins II
                                                                                  Attorney for Plaintiff ROBERT GAVIN

---

1
STIPULATION FOR ORDER THAT DEFENDANT GC SERVICES'S ANSWER TO FIRST AMENDED
COMPLAINT IS DEEMED GC SERVICES'S ANSWER TO SECOND AMENDED COMPLAINT
CASE NO. CV11 1053 CRB
3004239v1  0920653  46121

1 | DATED: June 29, 2011                         HINSHAW & CULBERTSON LLP

                                          _/S/ David I. Dalby_____
                                          Attorneys for Defendant
                                          GC SERVICES LIMITED
                                          PARTNERSHIP

**SO ORDERED:**

Dated: __June 30, 2011_____          _____
                                          Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR ORDER THAT DEFENDANT GC SERVICES'S ANSWER TO FIRST AMENDED
COMPLAINT IS DEEMED GC SERVICES'S ANSWER TO SECOND AMENDED COMPLAINT
CASE NO. CV11 1053 CRB
3004239v1 0920653 46121