VERNON C. GOINS II (SBN 195461)
GOINS & ASSOCIATES
A Professional Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone: (510) 663-3700
Fax: (510) 663-3710

Attorney for Plaintiff
ROBERT GAVIN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| ROBERT GAVIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, a New York corporation; CENTURY 21 SUPERSTARS, a business entity of unknown form; DEBRA KOVACS, an individual; and DOES 1 through 25, inclusive, <br><br> Defendants. | No. C-11-01053 CRB <br><br> [PROPOSED] ORDER GRANTING EXTENSION FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT |

### [PROPOSED] ORDER

The Court, having reviewed the Stipulation granting Plaintiff until September 15, 2011 to file his Third Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Plaintiff's Third Amended Complaint must be filed with the Court no later than September 15, 2011.

IT IS SO ORDERED.

Dated: __September 2, 2011__  _____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[PROPOSED] ORDER RE STIPULATION RE EXTENSION TO FILE THIRD AMENDED COMPLAINT
Gavin v. JPMorgan Chase Bank et al.
Case No: C-11-01053 CRB